JOHN BRADFORD, Plaintiff in Error, v. HENRY RUDOLPH, Defendant in Error

1. *Practice, civil—Weight of evidence, verdict of jury considered as to.*—In trials at law, juries are the proper judges as to the weight of evidence, and their verdicts on that issue are conclusive on the Supreme Court.

*Error to Fifth District Court.*

*McFerran & Broaddus*, for plaintiff in error.

*Dixon*, for defendant in error.

WAGNER, Judge, delivered the opinion of the court.

This action was brought by the plaintiff for goods sold and delivered.

Defendant's answer stated that the goods were purchased of plaintiff's agent, and that if, when received, they were not such as represented by the agent, he (defendant) was to have the privilege of reshipping and sending them back to plaintiff; that when the goods were received they did not satisfy the terms of the agreement, and he accordingly sent them back to plaintiff. To this answer there was a replication.

The cause was tried before a jury, and there was a verdict for defendant, upon which judgment was rendered, which judgment was affirmed in the District Court.

The whole merits of the question turned upon issues of facts, and the jury were the proper judges of the evidence, and their verdict is conclusive upon us. The instructions, taken as a whole, were good enough, and fairly presented the case.

Judgment affirmed. The other judges concur.